HARRY H. TILLEY, Appellant, v. EMERETTA I. TILLEY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

ROBERT H. WILSON, as Trustee, etc., Respondent, v. LIVINGSTON HATCH, JR., and Another, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs payable to respondent out of the estate. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.

JOHN R. WOFIELD and ALVIN S. MERSEREAU, Respondents, v. W. BECKERS ANILINE & CHEMICAL WORKS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

EDMUND ZIELINSKI, by JOHN ZIELINSKI, His Guardian ad Litem, Appellant, v. BECKIE SINAT, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

CYNTHIA HOLBROOK, an Infant, etc., Respondent, v. WARREN HOLBROOK and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

In the Matter of the Application of MORTON ELMER FRANK, for Admission to the Bar. (From the Philippine Islands.) — Application granted. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of THE WESTERN UNION TELEGRAPH COMPANY for Writ of Mandamus against JOSIAH T. MAREAN.— Motion for leave to renew application for mandamus to settle case denied, without costs. The difference seems to turn on the reality of certain objections and exceptions to rulings, and not over the actual testimony taken. The amendments touching such issues may still be presented to the trial justice for settlement upon affidavits pro and con, or other extrinsic proofs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES F. O'DONNELL,